FILED
JAN - 8 2010
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MORRIS D. DAVIS,

    Plaintiff,

v.

JAMES H. BILLINGTON, in his official capacity as the Librarian of Congress, and DANIEL P. MULHOLLAN, in his individual capacity,

    Defendants.

Case: 1:10-cv-00036
Assigned To : Walton, Reggie B.
Assign. Date : 1/8/2010
Description: TRO/PI

## PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65(a) and 65(b) and Local Rule 65.1, Plaintiff Morris D. Davis moves for a temporary restraining order or, in the alternative, a preliminary injunction reinstating him as the Assistant Director of the Foreign Affairs, Defense and Trade ("FDT") Division at the Congressional Research Service ("CRS"), a service unit of the Library of Congress ("Library"). In the alternative, Plaintiff seeks a temporary restraining order and/or a preliminary injunction prohibiting the Library from filling the Assistant Director position and from terminating Plaintiff's temporary current employment as the Special Advisor to the Director of CRS, pending resolution of the merits of this matter.

Plaintiff files this motion now in order to ensure that he can obtain relief prior to January 20, 2010, when he will be terminated from his current temporary position at CRS. After that

date, he will no longer be employed by the Library, and substantial further irreparable harm will result, as it is possible that Plaintiff may later be barred from recovering monetary relief because of sovereign immunity.

Plaintiff requests that the Court schedule a hearing on the motion for a temporary restraining order or, in the alternative, preliminary injunction, such that the Court can adjudicate the matter before January 20, 2010. Plaintiff proposes the following schedule: the Library's opposition to this motion shall be due by 5:00 p.m. on Wednesday, January 13, 2010; Plaintiff's reply shall be due by 3:00 p.m. on Friday, January 15, 2010; and the hearing, if one is required, shall occur on Tuesday, January 19, 2010, or as soon thereafter as the matter can be heard, depending on the Court's availability.

Defendant has been on notice of Plaintiff's intention to file this lawsuit and to seek injunctive relief since December 4, 2009. To eliminate the need to move for a temporary restraining order or an expedited preliminary injunction, Plaintiff subsequently proposed that the parties enter into a scheduling agreement, under which Plaintiff agreed to give the Library ten business days to respond to his motion for a preliminary injunction and the Library agreed to extend Plaintiff's temporary position at CRS until February 4, 2009. The Library tentatively agreed to that proposal. The Library subsequently informed Plaintiff that it was no longer agreeable to that proposal.

The grounds for this motion are that Plaintiff has a substantial probability of success on the merits of his claim that his termination violated the First and Fifth Amendments to the Constitution of the United States and that the Library and CRS's policies on outside speaking and writing are unconstitutional on their face and as applied to him; that absent immediate relief Plaintiff will suffer irreparable harm; that the requested injunctive relief will not injure the

Library and the balance of hardships tips in Plaintiff's favor; and that the public interest supports granting the requested relief, all as shown more fully in the accompanying Memorandum of Points and Authorities, the Declarations of Morris D. Davis, Kerri Dumbaugh, Louis Fisher, Frederick Mulhauser, Morton Rosenberg, Harold Relyea, Dennis Roth and Ben Wittes, and all other papers filed herewith.

Respectfully submitted,

*/s/ Frederick Mulhauser*

Arthur B. Spitzer (D.C. Bar No. 235960)
Frederick V. Mulhauser (D.C. Bar No. 455377)
American Civil Liberties Union
  of the Nation's Capital
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

Aden J. Fine  (D.C. Bar No. 485703)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2693

Jameel Jaffer
Alexander A. Abdo
National Security Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-7814

ATTORNEYS FOR PLAINTIFF

January 8, 2010