UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MORRIS D. DAVIS,

      Plaintiff,

v.

JAMES H. BILLINGTON, *et al*,

      Defendants.

No. 10-cv-0036-RBW

**NOTICE OF FILING RETURN OF SERVICE
ON THE UNITED STATES ATTORNEY**

The United States Attorney for the District of Columbia was served with the summons and complaint in this action (and also the Motion for Temporary Restraining Order, or in the Alternative, Motion for Preliminary Injunction, together with Declarations and Exhibits) by hand-delivering copies thereof to his agent, Gary Nails, Docket Clerk, at 501 3rd Street, N.W., Washington, DC 20001, on January 13, 2010, as shown by the attached declaration.

                                              /s/   *Frederick V. Mulhauser*
                                              Frederick V. Mulhauser (D.C. Bar No. 455377)
                                              American Civil Liberties Union
                                                  of the Nation's Capital
                                              1400 20th Street, N.W., Suite 119
                                              Washington, D.C. 20036
                                              Tel: (202) 457-0800
                                              Fax: (202) 452-1868
                                              fmulhauser@aol.com

                                              One of counsel for plaintiff

January 13, 2010