UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORRIS D. DAVIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES H. BILLINGTON, *et al.*,<br><br>　　　　　Defendants. | No. 10-cv-00036-RBW |

## DECLARATION OF SERVICE OF PROCESS

I, James H. Puzo, hereby certify that I am more than 18 years of age and not a party to this action. I further certify that I personally made service of process upon the United States Attorney for the District of Columbia by hand-delivering a copy of the Summons and Complaint in this action (and also the Motion for Temporary Restraining Order, or in the Alternative, Motion for Preliminary Injunction, together with Declarations and Exhibits) to his agent, Gary Nails, Docket Clerk, at 501 3rd Street, N.W., Washington, DC 20001, on Wednesday, January 13, 2010, at 10:28 a.m.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of January, 2010.

　　　　　　　　　　　　　　　　　　　　/s/ *James H. Puzo*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　James H. Puzo
　　　　　　　　　　　　　　　　　　　　American Civil Liberties Union
　　　　　　　　　　　　　　　　　　　　　of the Nation's Capital
　　　　　　　　　　　　　　　　　　　　1400 20th Street N.W., Suite 119
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　T. 202-457-0800
　　　　　　　　　　　　　　　　　　　　F. 202-452-1868
　　　　　　　　　　　　　　　　　　　　james@aclu-nca.org