# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORRIS D. DAVIS,<br><br>    Plaintiff,<br><br>        v.<br><br>JAMES H. BILLINGTON, in his official capacity as the Librarian of Congress, and DANIEL P. MULHOLLAN, in his individual capacity,<br><br>    Defendants. | Case No. 1:10-cv-00036-RBW |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION

Pursuant to Local Civil Rule 65.1(c), Plaintiff Col. Morris D. Davis respectfully moves the Court for leave to file a supplemental declaration by Col. Davis in support of his motion for a temporary restraining order or, in the alternative, a preliminary injunction. The supplemental declaration is necessary to include facts regarding an action taken by Defendants after Col. Davis's prior declaration was prepared and to provide the Court with two documents in response to factual allegations made in the Declaration of Daniel P. Mulhollan, filed by the Library after Col. Davis's initial declaration was submitted. Because Col. Davis could not have known about the new factual development or the statements that would be made by Mr. Mulhollan at the time his prior declaration was filed, good cause exists to permit Col. Davis to file this limited supplemental declaration.

A copy of the Supplemental Declaration is attached hereto as Exhibit 1.

                        Respectfully submitted,

                               /s/
                        Arthur B. Spitzer  (D.C. Bar No. 235960)
                        Frederick V. Mulhauser (D.C. Bar. No. 455377)
                        American Civil Liberties Union
                          of the Nation's Capital
                        1400 20th Street, N.W., Suite 119
                        Washington, D.C. 20036
                        (202) 457-0800

                        Aden J. Fine (D.C. Bar No. 485703)
                        American Civil Liberties Union Foundation
                        125 Broad Street, 18th Floor
                        New York, NY 10004
                        (212) 549-2693

                        Jameel Jaffer
                        Alexander A. Abdo
                        National Security Project
                        American Civil Liberties Union Foundation
                        125 Broad Street, 18th Floor
                        New York, NY 10004
                        (212) 549-7814


January 17, 2010                  ATTORNEYS FOR PLAINTIFF