UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORRIS D. DAVIS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES H. BILLINGTON, in his official capacity as the Librarian of Congress, and DANIEL P. MULHOLLAN, in his individual capacity,<br><br>　　　　Defendants. | Case No. 10-0036-RBW |

## DECLARATION OF ALEXANDER ABDO

Pursuant to Local Rule 83.2(d), I, Alexander Abdo, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My name is Alexander Abdo.

2. I am an attorney at the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 17th Floor, New York, NY 10004. My office telephone number is (212) 549-2517. My office fax is number is (212) 549-2654.

3. I was admitted by examination to the Bar of the State of New York in September 2009 and remain a member in good standing.

4. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted to practice in this Court *pro hac vice* within the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 22nd day of March, 2010.

_____
Alexander Abdo