UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MORRIS D. DAVIS,                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 10-0036 (RBW)
                                    )
JAMES H. BILLINGTON, *in his official* )
*capacity as the Librarian of Congress*, )
                                    )
and                                 )
                                    )
DANIEL P. MULHOLLAN, *in his individual* )
*capacity*,                         )
                                    )
        Defendants.                 )
_____ )

## ORDER

For the reasons explained in the Court's Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Motion to Dismiss on Behalf of Defendant Daniel P. Mulhollan is **DENIED**. It is further

**ORDERED** that the Motion to Dismiss on Behalf of James Billington is **DENIED**.

So **ORDERED** this 30th day of March 2011.

                                _____/s/_____
                                REGGIE B. WALTON
                                United States District Judge

1