**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MORRIS D. DAVIS,

      Plaintiff,

         v.

JAMES H. BILLINGTON, *et al.*,

      Defendants.

No. 1:10-cv-00036-RBW

**[PLAINTIFF'S PROPOSED] CASE MANAGEMENT SCHEDULING ORDER**

1.     Initial Disclosures Due:        September 9, 2011.

2.     First request for production of documents and first

      request for interrogatories due on or before:     September 9, 2011.

3.     Joinder/Amendment of Pleadings:     October 22, 2011.

4.     All fact discovery to be completed by:     December 16, 2011

5.     Production of principal expert reports, if any, due

      on or before:     December 16, 2011.

6.     Rebuttal expert reports, if any, due on or before:     January 20, 2012.

7.     Expert depositions completed by:     February 17, 2012.

8.     Summary Judgment motions: if principal expert reports are submitted, by March

      9, 2012.  If no principal expert reports are submitted, by January 31, 2012.

      Oppositions shall be due three weeks after the filing of any summary judgment

      motion, and reply briefs shall be due two weeks after that.

9.      Pre-Trial Conference:  to be held within 30 to 45 days after this Court's ruling on

motions for summary judgment on a date to be set by the Court.

10.     Trial:  to be set by Court following this Court's ruling on motions for summary

judgment.

IT IS SO ORDERED.


Dated: July _____, 2011                  _____

Honorable Reggie B. Walton
United States District Judge