UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORRIS D. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:10-cv-00036-RBW |
| ) | |
| JAMES BILLINGTON, in his official ) | |
| capacity as the Librarian of Congress, and ) | |
| DANIEL P. MULHOLLAN, in his ) | |
| individual capacity, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## [DEFENDANT BILLINGTON'S PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' Joint Rule 26(f) Statement filed in this matter on July 20, 2011, and all other pertinent materials, it is hereby ORDERED that all proceedings in this matter are STAYED pending the resolution by the Court of Appeals for the District of Columbia Circuit of Defendant Daniel Mulhollan's appeal of this Court's Order denying Defendants' Motions to Dismiss, ECF No. 34.

SO ORDERED this _____ day of _____, 2011.

_____
Honorable Reggie B. Walton
United States District Judge