UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MORRIS D. DAVIS,

        Plaintiff,

       v.                                Civil Action No. 1:10-cv-00036-RBW

JAMES BILLINGTON, in his official
capacity as the Librarian of Congress,

        Defendant.

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Defendant respectfully moves the Court for entry of an Order continuing the status conference set for August 22, 2012, to a date that is mutually convenient for the Court and the parties, consistent with the dates set forth below. Counsel for Defendant has conferred with counsel for Plaintiff, and counsel for Plaintiff has represented that Plaintiff does not oppose this motion.

As good cause for this motion, Defendant states as follows:

1.    Lead counsel for Defendant is unable to participate in-person in the August 22 status conference because of a preexisting personal travel obligation; co-counsel cannot participate because of previously scheduled trial preparation obligations for an upcoming trial in a different matter.

2.    Counsel for Defendant conferred by e-mail and telephone with lead counsel for Plaintiff over a period beginning on August 7, 2012, and culminating on August 17, 2012, when counsel for Plaintiff furnished potential dates for a rescheduled status hearing in response to a list of such potential dates previously proposed by counsel for Defendant.

3. Potential dates for a rescheduled status hearing that are convenient for both Plaintiff and Defendant are as follows:

- Monday, August 27, 2012
- Tuesday, August 28, 2012
- Wednesday, September 5, 2012
- Monday, September 10, 2012

4. In proposing the above dates, Defendant notes certain scheduling caveats. As for Plaintiff, counsel instructed counsel for Defendant that Plaintiff does not oppose this motion, but that Defendant should inform the Court that Plaintiff prefers the first three dates – August 27, August 28, and September 5 – and is agreeable to September 10 only if none of the previous dates is available. As for Defendant, lead counsel has an opposition brief in another pending matter in this District due to be filed no later than 4 p.m. Monday, August 27, and would request that any order of this Court accommodate that obligation to the extent possible.

5. If none of the dates identified supra is convenient for the Court, Defendant notes that any date in August or September other than August 30, 2012, when Defendant has a substantive brief due in another matter in the Northern District of Illinois, would be convenient from Defendant's perspective. Defendant makes no representation as to Plaintiff's schedule or availability during such period other than as set forth in ¶¶ 3-4, supra.

Dated: August 17, 2012										Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

JENNIFER R. RIVERA
Branch Director

SUSAN K. RUDY
Assistant Branch Director

 */s/ Christopher R. Hall*
CHRISTOPHER R. HALL
DEANNA L. DURRETT
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C.  20530

(202) 514-4778