UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MORRIS D. DAVIS,

    Plaintiff,

    v.                                       Civil Action No. 1:10-cv-00036-RBW

JAMES BILLINGTON, in his official
capacity as the Librarian of Congress,

    Defendant.

## **ORDER**

On the basis of Defendant's Unopposed Motion to Continue Status Conference, it is hereby ORDERED that Defendant's motion is GRANTED as follows:

The status conference set for August 22, 2012 is CONTINUED to _____ a.m. / p.m. on _____, 2012.

SO ORDERED this _____ day of _____, 2012.

                                                          _____
                                                          Honorable Reggie B. Walton
                                                          United States District Judge