UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MORRIS D. DAVIS,

    Plaintiff,

        v.

JAMES H. BILLINGTON, *et al.*,

    Defendants.

No. 1:10-cv-00036-RBW

**NOTICE OF FILING OF PLAINTIFF'S
PROPOSED CASE MANAGEMENT SCHEDULING ORDER**

Plaintiff Col. Morris Davis respectfully submits this Notice of Filing of Plaintiff's Proposed Case Management Scheduling Order in advance of the August 28, 2012 Status Conference in this case. The proposed Scheduling Order is attached as Exhibit A.

This lawsuit, which alleges that Plaintiff was fired in violation of his First Amendment and Due Process rights for writing an Op-Ed in the *Wall Street Journal* and a Letter to the Editor in the *Washington Post*, was filed more than thirty-one months ago. This Court found at the outset that Col. Davis had a substantial likelihood of success on the merits (while denying his request for a preliminary injunction on the ground that his injuries were not irreparable because of the possibility that they could be redressed by back pay), *see* Order of Jan. 20, 2010 (Dkt. No. 11), but discovery has yet to begin because individual-capacity defendant Mulhollan raised qualified immunity and *Bivens* preclusion defenses, and all discovery was stayed pending resolution of his appeal to the D.C. Circuit.

On June 1, 2012, a divided panel of the D.C. Circuit granted the *Bivens* preclusion claim. *Davis v. Billington*, 681 F.3d 377 (D.C. Cir. 2012). The panel majority (Sentelle, J. and

1

Henderson, J.) did not reach the merits of Col. Davis's claims.  The dissent (Rogers, J.) did address the merits, concluding, as had this Court, that Col. Davis has alleged valid First Amendment and Due Process claims.

On July 17, 2012, Col. Davis notified the Library that he would not seek further review of the claims against Mulhollan.  Since then, he has repeatedly asked the Library to discuss a proposed schedule for moving this case forward, but the Library has consistently declined to discuss proposed dates, stating that it is not yet ready to do so.  Accordingly, Col. Davis submits the attached proposed Scheduling Order to the Court on his own behalf.

There is no reason for further delay.  Two-and-a-half years later, Col. Davis remains unable to find employment paying even half as much as his job at the Library of Congress, he continues to desire reinstatement to his former position, and his claim for back pay continues to increase, as does his personal suffering.  Delay thus benefits no party.

Col. Davis therefore respectfully requests that the Court issue the proposed Scheduling Order at the upcoming Status Conference to ensure that this litigation can now move forward promptly.

Dated:  August 23, 2012                    Respectfully submitted,

                                                            /s/ *Aden J. Fine*
Aden J. Fine (D.C. Bar No. 485703)
Alex A. Abdo
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Arthur B. Spitzer (D.C. Bar No. 235960)
Frederick V. Mulhauser (D.C. Bar. No. 455377)
American Civil Liberties Union
  of the Nation's Capital

                1400 20th Street, N.W., Suite 119
                Washington, D.C. 20036
                (202) 457-0800

                ATTORNEYS FOR PLAINTIFF