**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MORRIS D. DAVIS,<br><br>      Plaintiff,<br><br>      v.<br><br>JAMES H. BILLINGTON, *et al.*,<br><br>      Defendants. | No. 1:10-cv-00036-RBW |

**PLAINTIFF'S UNOPPOSED MOTION
TO CONINTUE STATUS CONFERENCE
OF OCTOBER 2, 2012**

      Plaintiff respectfully moves this Court to continue the status conference currently scheduled for October 2, 2012 to a date that is mutually convenient for the Court and the parties, as set forth below.  Counsel for Defendant has represented that Defendant does not oppose this motion.

      On August 28, 2012, this Court conducted a status conference in this case.  At the status conference, counsel for Defendant requested a thirty-day continuance to allow settlement discussions to occur.  At the conclusion of the hearing, the Court granted Defendant's request, referred this case to Magistrate Judge Deborah A. Robinson for a thirty-day period for settlement discussions to occur, and scheduled a status conference for October 2, 2012.  Judge Robinson thereafter scheduled a settlement conference for September 27, 2012.

      Since that time, significant new issues have arisen in the context of a recent exchange between Defendant's counsel and Plaintiff's counsel.  Due to the need for consultation relating to those issues, Plaintiff has moved Judge Robinson to reschedule the settlement conference currently scheduled for September 27.  Until Plaintiff has had an opportunity to consult with

1

counsel regarding the new issues, Plaintiff does not believe any settlement discussions would be a fruitful or productive use of Judge Robinson's or the parties' time. Plaintiff accordingly requested a two-week delay of the settlement discussions (but ultimately proposed a new settlement date between October 24 and October 26 based on the availability of Defendant's counsel).

Plaintiff now respectfully moves this Court to delay the status conference currently scheduled for October 2 until a time convenient for the Court following the date upon which Judge Robinson conducts the settlement conference. Counsel for Defendant has stated that Defendant does not oppose this motion. Because Judge Robinson has not yet had an opportunity to rule upon Plaintiff's request (filed earlier today) to postpone the settlement conference, Plaintiff is unable to propose four alternative dates for the new status conference as generally required by this Court's General Order and Guidelines for Civil Cases. Plaintiff will promptly supplement this motion with four proposed dates if and when Judge Robinson grants Plaintiff's motion to reschedule the settlement conference.

Dated: September 26, 2012          Respectfully submitted,

 /s/ Alex A. Abdo
Alex A. Abdo (*pro hac vice*)
Aden J. Fine (D.C. Bar No. 485703)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

 /s/ Arthur B. Spitzer

Arthur B. Spitzer (D.C. Bar No. 235960)
Frederick V. Mulhauser (D.C. Bar. No. 455377)
American Civil Liberties Union
 of the Nation's Capital
1400 20th Street, N.W., Suite 119

Washington, DC 20036
(202) 457-0800

*Counsel for the plaintiff*