## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORRIS D. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JAMES H. BILLINGTON, *et al.*,<br><br>　　　　　Defendants. | No. 1:10-cv-00036-RBW |

### [PROPOSED] ORDER

On the basis of Plaintiff's unopposed motion to continue the status conference currently scheduled for October 2, 2012, it is hereby ordered that Plaintiff's motion is GRANTED and that the status conference scheduled for October 2, 2012 be continued to a date to be determined shortly.

　　　　　　　　　　　　　　　IT IS SO ORDERED.


Dated: September ____, 2012　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Reggie B. Walton
　　　　　　　　　　　　　　　　　　United States District Judge