UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORRIS D. DAVIS,<br><br>      Plaintiff,<br><br>      v.<br><br>JAMES H. BILLINGTON,<br><br>      Defendant. | No. 1:10-CV-36-RBW |

**PARTIES' JOINT MOTION TO VACATE STATUS HEARING
AND ENTER JOINT PROPOSED DISCOVERY SCHEDULE**

Plaintiff and Defendant respectfully request that the Court vacate the status conference currently set for August 22, 2014 (per the Court's Order of July 8, 2014), and approve the mutually-proposed discovery plan set forth by the parties (Meet and Confer Statement, ECF No. 109). In support of such request, the parties state as follows:

On August 15, 2014, the parties submitted a Joint Scheduling Report pursuant to Federal Rule of Civil Procedure 26(f), LCvR 16.3 of the Local Rules, the Court's Order for Initial Scheduling Conference, and this Court's Order of July 10, 2014 (Meet and Confer Statement, ECF No. 109). The parties agreed fully on a comprehensive set of dates for discovery, as well as additional provisions in an effort to streamline discovery and reduce the number of potential discovery disputes and related filings.

The discovery schedule is set forth as follows:

\\\

**Joint Proposed Discovery Plan**

- Motion to join parties, amend the pleadings:                September 15, 2014
- Initial disclosures pursuant to FRCP 26(a)(1)(i)-(ii):      September 15, 2014
- Written discovery begins:                                   September 15, 2014
- Beginning of fact deposition period:                        December 1, 2014
- Deadline for exchanging interrogatories/RFPs:               March 2, 2015
- Plaintiff identifies topics of proposed expert testimony:   April 1, 2015
- Defendant identifies topics of proposed expert testimony:   April 8, 2015
- Any remaining requests for admission
- exchanged:                                                  April 15, 2015
- Completion of fact depositions:                             May 1, 2015
- Parties' expert disclosures under FRCP 26(a)(2)(B):         May 15, 2015
- Rebuttal expert disclosures under FRCP 26(a)(2)(B):         June 1, 2015
- Completion of expert depositions:                           June 15, 2015

To the extent the Court intended the August 22, 2014 status conference as a means to resolve any potential disputes between the parties regarding the deadlines or scope of discovery in this case, there would appear to be no need to occupy the Court's time, as the parties have reached accord on those issues, as set forth in the proposed discovery schedule. Thus, the parties propose vacating that status conference and proceeding directly into discovery on the above schedule.

Respectfully Submitted,

  /s/ Lee Rowland_____
Lee Rowland (*pro hac vice*)
Alexander A. Abdo (*pro hac vice*)
Brian Hauss (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

  /s/ Arthur Spitzer_____
Arthur B. Spitzer (D.C. Bar No. 235960)
Frederick V. Mulhauser (D.C. Bar. No. 455377)
American Civil Liberties Union
  of the Nation's Capital
4301 Connecticut Avenue, N.W., Suite 434

Washington, D.C. 20008
(202) 457-0800

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney
JENNIFER D. RICKETTS
Branch Director

SUSAN K. RUDY
Assistant Branch Director

   /s/ Christopher Hall
CHRISTOPHER R. HALL
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C.  20530
(202) 514-4778