# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MORRIS D. DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 10-0036 (RBW) |
| JAMES H. BILLINGTON, in his official capacity as the Librarian of Congress | ) |
| Defendant. | ) |

## ORDER

On the basis of the parties' Joint Motion to Vacate the Status Hearing and Enter Joint Proposed Discovery Schedule, and upon good cause shown, it is hereby

**ORDERED** that

1) the parties' joint motion to vacate the status hearing scheduled for August 22, 2014 is **GRANTED**; and

2) that discovery will proceed according to the deadlines set forth below:

### Discovery Schedule

- Motion to join parties, amend the pleadings:        September 15, 2014

- Initial disclosures pursuant to FRCP 26(a)(1)(i)-(ii):    September 15, 2014

- Written discovery begins:        September 15, 2014

- Joint status report regarding the possibility of settlement:    October 1, 2014

- Beginning of fact deposition period:        December 1, 2014

- Deadline for exchanging interrogatories/RFPs:        March 2, 2015

- Plaintiff identifies topics of proposed expert testimony:   April 1, 2015
- Defendant identifies topics of proposed expert testimony:   April 8, 2015
- Any remaining requests for admission exchanged:   April 15, 2015
- Completion of fact depositions:   May 1, 2015
- Parties' expert disclosures under FRCP 26(a)(2)(B):   May 15, 2015
- Rebuttal expert disclosures under FRCP 26(a)(2)(B):   June 1, 2015
- Completion of expert depositions:   June 15, 2015
- Status hearing:   June 16, 2015

**SO ORDERED** this 21st day of August 2014.

REGGIE B. WALTON
United States District Judge